Meng Zhong
Nevada Bar No. 12145
Brian D. Blakley
Nevada Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: bblakley@LRRC.com

Jeffrey A. Feasby (*pro hac vice* to be filed)
PEREZ VAUGHN & FEASBY, INC.
600 B Street, Suite 2100
San Diego, CA 92101
Tel: 619.741.0242
Fax: 619.460.0437
E-mail: feasby@pvflaw.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE RISING VETERAN CONSULTING, LLC, an Alabama corporation; DWAYNE MOOREHOUSE, an individual,<br><br>Defendants. | Case No.: 2:20-cv-00451-RFB-DJA<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff JoshCo Tech, LLC ("JoshCo Tech") served the Summons and Complaint in this action on Defendants Eagle Rising Veteran Consulting, LLC ("Eagle Rising") and Dwayne Moorehouse ("Moorehouse") (collectively, "Defendants").

1

Now JoshCo Tech, respectfully moves the Court for an order extending the deadline for Defendants to answer or otherwise respond to the Complaint to April 10, 2020. Defendants requested this extension because they desired additional time to evaluate and answer (or otherwise respond to) the Complaint, and JoshCo Tech did not oppose.

Dated this 19th day of March, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Meng Zhong
Nevada Bar No. 12145
Brian D. Blakley
Nevada Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: bblakley@LRRC.com

Jeffrey A. Feasby (*pro hac vice* to be filed)
PEREZ VAUGHN & FEASBY, INC.
600 B Street, Suite 2100
San Diego, CA 92101
Tel: 619.741.0242
Fax: 619.460.0437
E-mail: feasby@pvflaw.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

**IT IS SO ORDERED.**

DATED: March 23, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

10773523.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE, LLP, and that on the 19th day of March, 2020, and pursuant to FRCP 5(b), a copy of the forgoing **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** was served by U.S. Mail, postage pre-paid, on the following:

Richard R. Rice
THE LAW OFFICE OF RICHARD R. RICE
Attorney at Law
1084 North El Camino Real, Suite B121
Encinitas CA 92024-1334
Telephone: 760.943.0100
Facsimile: 760.943.0942
Email: rrrice@rrrlaw.net

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 19th day of March, 2020.

/s/ Annette Jaramillo
An Employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP

10773523.1