Meng Zhong
Nevada Bar No. 12145
Brian D. Blakley
Nevada Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: bblakley@LRRC.com

Jeffrey A. Feasby (*pro hac vice*)
PEREZ VAUGHN & FEASBY, INC.
600 B Street, Suite 2100
San Diego, CA 92101
Tel: 619.741.0242
Fax: 619.460.0437
E-mail: feasby@pvflaw.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>EAGLE RISING VETERAN CONSULTING, LLC, an Alabama corporation; DWAYNE MOOREHOUSE, an individual,<br><br>  Defendants. | **Case No.: 2:20-cv-00451-RFB-DJA**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and District of Nevada Local Rule 6-1, Plaintiff JoshCo Tech, LLC ("JoshCo Tech") and Defendants Eagle Rising Veteran Consulting, LLC ("Eagle Rising") and Dwayne Moorehouse's ("Mr. Moorehouse") (collectively, "Defendants") state the following:

1. On July 1, 2020 Defendants filed Defendants' Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss Plaintiff's Complaint ("Motion to Stay") (ECF No. 21);

2. Pursuant to Rules 6(a) and (d) of the Federal Rules of Civil Procedure and pursuant to Local Rule 7-2, JoshCo Tech has until July 15, 2020 to file and serve their opposition to the

Motion to Stay;

3. On or about July 13, the parties' counsel conferred regarding their schedules, client availability and the general press of business; as a result, JoshCo Tech agreed to provide Defendants a 30-day extension for JoshCo Tech's previously served written discovery responses, and the parties agreed to provide reciprocal extensions on the briefing schedule for the Motion to Stay;

4. Accordingly, the parties hereby agree and stipulate that JoshCo Tech shall have up to and through Wednesday, August 5, 2020, to file and serve their opposition to the Motion to Stay and Defendants shall have up to and through September 2, 2020 to file and serve their reply to the Motion to Stay.

**IT IS SO AGREED AND STIPULATED.**

DATED this 15th day of July, 2020.

| THE LAW OFFICE OF RICHARD R. RICE | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Richard R. Rice<br>Richard R. Rice<br>1084 North El Camino Read, Suite B121<br>Encinitas, CA 92024-1334<br>Tel: 760-943-0100<br>E-mail: rrrice@rrrlaw.net<br><br>Kelly H. Dove<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: 702.784.5286<br>E-mail: kdove@swlaw.com<br><br>*Attorneys for Defendants,*<br>*Eagle Rising Veteran Consulting, LLC*<br>*and Dwayne Moorehouse* | By: /s/ Meng Zhong<br>Meng Zhong<br>Brian D. Blakley<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>E-mail: mzhong@LRRC.com<br>E-mail: bblakley@LRRC.com<br><br>Jeffrey A. Feasby (*pro hac vice*)<br>PEREZ VAUGHN & FEASBY, INC.<br>600 B Street, Suite 2100<br>San Diego, CA 92101<br>Tel: 619.741.0242<br>E-mail: feasby@pvflaw.com<br><br>*Attorneys for Plaintiff*<br>*JoshCo Tech, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2020