1  Ryan Gile, Esq.
   Nevada Bar No. 8807
2  *rg@gilelawgroup.com*
   **Gile Law Group Ltd**.
3  1180 N. Town Center Drive, Suite 100
   Las Vegas, NV 89144
4  Tel. (702) 703-7288

5  Richard R. Rice (SBN 159315) (pro hac vice)
   **THE LAW OFFICE OF RICHARD R. RICE**
6  1084 North El Camino Real, Suite B121
   Encinitas CA 92024-1334
7  Telephone: 760.943.0100
   Facsimile: 760.943.0942
8  Email: rrrice@rrrlaw.net

9  *Attorney for Defendants*
   *Eagle Rising Veteran Consulting, LLC and Dwayne Moorehouse*
10
                    **UNITED STATES DISTRICT COURT**
11
                         **DISTRICT OF NEVADA**
12
13 | JOSHCO TECH, LLC, a Nevada limited | **Case No.: 2:20-cv-00451-RFB-DJA** |
   | liability company, | |
14 | | **SUBSTITUTION OF ATTORNEY** |
15 |      Plaintiff, | |
   | | |
16 |    v. | |
   | | |
17 | EAGLE RISING VETERAN | |
   | CONSULTING, LLC, an Alabama limited | |
18 | liability company; DWAYNE | |
   | MOOREHOUSE, an individual, | |
19 | | |
   |      Defendants, | |
20
   / / /
21
   / / /
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

**Gile Law Group**
1180 N. Town Center Dr.
Suite 100
Las Vegas, NV 89144

GLG-30288                                    1

## SUBSTITUTION OF ATTORNEY

Defendants EAGLE RISING VETERAN CONSULTING, LLC and DWAYNE MOOREHOUSE, hereby substitute Ryan Gile of the law firm Gile Law Group, 1180 N. Town Center Drive, Suite 100, Las Vegas, NV 89144, 702-703-7288, rg@gilelawgroup.com, as attorney of record in place and stead of Kelly H. Dove of Snell & Wilmer LLP.

DATED: 11/10/2020

Dwayne Moorehouse, individually and as
Manager of Eagle Rising Veteran Consulting LLC

I consent to the above substitution.

DATED: Nov. 9 2020

Kelly H. Dove, Esq.
Snell & Wilmer LLP

I am duly admitted to practice in this District. I accept the above substitution.

DATED: 11/06/2020

Ryan Gile, Esq.
Gile Law Group Ltd.

**IT IS SO ORDERED.**

DATED: November 12, 2020

UNITED STATES MAGISTRATE JUDGE

Gile Law Group
1180 N. Town Center Dr.
Suite 100
Las Vegas, NV 89144

GLG-30288

2

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on November 10, 2020, I electronically filed the foregoing document

3   with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the

4   foregoing document is being served via transmission of Notices of Electronic Filing generated by

5   CM/ECF to all participants in the case who are registered CM/ECF users.

6

7                                             /s/ Ryan Gile
                                              Employee, Gile Law Group Ltd.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gile Law Group**
1180 N. Town Center Dr.
Suite 100
Las Vegas, NV 89144

GLG-30288                                    3